JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Matthew Hernandez

        Plaintiff,

v.

Target Corporation et al

        Defendants.

Case No.  CV 15-06386-AB (MRWx)

ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 17, 2016     _____
                                ANDRÉ BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE